1
2
Brian C. Lake (#020543)
Barry G. Stratford (#029923)
PERKINS COIE LLP
3
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
4
Telephone:  602.351.8000
Facsimile:  602.648.7000
5
BLake@perkinscoie.com
6
BStratford@perkinscoie.com
DocketPHX@perkinscoie.com
7
8
*Attorneys for Defendant All Trans Financial
Services Credit Union Limited*
9

10           UNITED STATES DISTRICT COURT

11               DISTRICT OF ARIZONA

12

13
Reward Card Solutions, LLC,                    No. _____

14                     Plaintiff,                State Court No.:  CV2014-003856

15          v.                                   **DEFENDANT ALL TRANS**
                                                 **FINANCIAL SERVICES CREDIT**
16   1st California Bank aka Pacific Westgern Bank **UNION LIMITED'S NOTICE OF**
     aka Pacwest Bancorp, a California banking    **REMOVAL TO UNITED STATES**
17   institution; All Trans Financial Services Credit **DISTRICT COURT**
     Union, Ltd, an Ontario, Canada banking
18   institution; ABC Defendants I-X,

19                     Defendants.

20

21          Pursuant to 28 U.S.C. §§ 1331, 1332(a)(1)-(3), 1367(a), 1441(a)-(b) and 1446, and

22   in accordance with LRCiv 3.6, Defendant All Trans Financial Services Credit Union

23   Limited ("All Trans") removes to the United States District Court for the District of

24   Arizona the action, filed in the Superior Court of Arizona in and for the County of

25   Maricopa, entitled *Reward Card Solutions, LLC v. 1st California Bank aka Pacific*

26   *Westgern* [sic] *Bank aka Pacwest Bancorp, a California banking institution, All Trans*

27   *Financial Services Credit Union, Ltd, an Ontario, Canada banking institution, ABC*

28

*Defendants I-X*, Cause No. CV2014-003856 in the Maricopa County Superior Court (the "State Action").[1]  The basis upon which the State Action is removable is set forth below:

## I.    PROCEDURAL HISTORY

1.    Plaintiff Reward Card Solutions, LLC initiated the State Action by filing a Complaint (the "Complaint") on July 1, 2014, alleging claims for relief against Defendants 1st California Bank aka Pacific Western Bank aka PacWest Bancorp, All Trans, and ABC Defendants I-X.

2.    Defendant All Trans was served by mail on July 15, 2014, pursuant to the Hague convention.

3.    Counsel for Defendant Pacific Western Bank, successor in interest to First California Bank, accepted service on its behalf on July 31, 2014.

## II.    THE DISTRICT COURT HAS SUBJECT MATTER JURISDICTION OVER THE ACTION BASED ON FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION.

4.    The State Action is removable to this Court because this Court has subject matter jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1331, federal question jurisdiction and 28 U.S.C. § 1367(a), supplemental jurisdiction.

5.    The Complaint purports to seek judgment for, among other things, violation of the federal Racketeer Influenced and Corrupt Organizations Act ("RICO").   [*See* Compl. ¶¶ 72–81 ("Count Seven")]

6.    All other claims in the Complaint are part of the same case or controversy as the federal RICO claim.  Consequently, this Court has supplemental jurisdiction over all remaining claims pursuant to 28 U.S.C. § 1367(a).

---

[1]  Defendant All Trans notes that the spelling of "Pacific Westgern  Bank" in the case caption appears to be a typographical error.

### III.   ALTERNATIVELY, THE DISTRICT COURT HAS SUBJECT MATTER JURISDICTION OVER THE ACTION BASED ON DIVERSITY OF CITIZENSHIP.

7.     Alternatively, this Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332, diversity jurisdiction.

8.     The matter in controversy exceeds $75,000, pursuant to 28 U.S.C. § 1332(a).  [*See, e.g.,* Compl. ¶¶ 39–40, 45, 61, 70, 81]

9.     This Action is between citizens of different states, between citizens of a state and citizens or subjects of a foreign state, and/or between citizens of different states and in which citizens or subjects of a foreign state are additional parties, pursuant to 28 U.S.C. § 1332(a)(1)–(3).

10.     Paragraph 1 of the Complaint alleges that Plaintiff Reward Card Solutions, LLC is a limited liability company authorized to and doing business in Arizona.  Plaintiff Reward Card Solutions, LLC has two members: Alex Callan and The Last Trust.  Alex Callen is a citizen of the State of Arizona.  On information and belief, The Last Trust is also a citizen of the State of Arizona.  As a result, on information and belief, Plaintiff Reward Card Solutions, LLC is a citizen of the State of Arizona.[2]

11.     Paragraph 2 of the Complaint alleges that defendant Pacific Western Bank (which is the successor in interest to First California Bank) is a California banking institution with its principal place of business in California.  Defendant Pacific Western Bank is incorporated in California and has its principal place of business and "nerve

---

[2] *See Carolina Cas. Ins. Co. v. Team Equipment, Inc.*, 741 F.3d 1082, 1087 (9th Cir. 2014) (holding that for purposes of diversity jurisdiction the citizenship of LLCs may be alleged upon information and belief "where the facts supporting jurisdiction are not reasonably ascertainable" and a party "had made efforts to determine the citizenship" of the LLCs but "the information necessary to determining the citizenship of the LLCs could not be determined from the public filings of those companies" and "some of the information necessary to establish the diversity of the parties' citizenship was within the [other party's] control").  Counsel for All Trans has investigated the citizenship of Plaintiff to the extent that it is able to do so.  Public filings with the Arizona Corporation Commission establish that Alex Callan and The Last Trust are the only two members of Plaintiff Reward Card Solutions, LLC, but details regarding the identity of the trustee and beneficiaries of The Last Trust are not publicly available.

center" in California, and is thus a citizen of California. *See* 28 U.S.C. § 1332(c); *Hertz Corp. v. Friend*, 559 U.S. 77, 92–93 (2010). The Complaint lists PacWest Bancorp as an "aka" of Pacific Western Bank, although it is actually a separate entity and the parent holding company of Pacific Western Bank. Although it is not named as a separate defendant, PacWest Bancorp is incorporated in Delaware and has its principal place of business and "nerve center" in California, and is thus a citizen of Delaware and California.

12. Defendant All Trans is a foreign credit union formed under the laws of the Province of Ontario, Canada with its principal place of business and "nerve center" in Toronto, Canada. It is not a citizen of any state in the United States, and it is a citizen or subject of Canada.

13. None of the defendants is a citizen of the State of Arizona.

**IV.    TIMELINESS OF REMOVAL**

14. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(2)(B) and Fed. R. Civ. P. 6(a) because it has been filed within thirty (30) days after defendant All Trans was served with a copy of the Complaint and Summons in the State Action. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

**V.    VENUE**

15. Venue is proper pursuant to 28 U.S.C. §§ 1391(a) and 1141(a) because the action has been removed to the district and division embracing the place where the State Action is pending, and the Complaint alleges that the events giving rise to the claims therein occurred in the District of Arizona. [*See, e.g.,* Compl. ¶ 5]

**VI.    CONSENT AND NOTICE**

16. Defendant Pacific Western Bank consents to removal of this Action. Although incorrectly listed as an "aka" of Pacific Western Bank and not named as a separate defendant, PacWest Bancorp also consents to removal of this Action. All defendants consent to removal of this Action.

17. Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), a copy of this Notice of Removal has been filed with the clerk of the Superior Court of Arizona, County of

Maricopa, and a copy is being served upon Plaintiff.

## VII.    PLEADINGS AND PROCESS

18.    In accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6(b), a copy of all process, pleadings, and orders served upon defendant All Trans and all documents that were previously filed with the court in the State Action are attached hereto as <u>Exhibit A</u>, which includes the Civil Cover Sheet, Summons, Complaint, Certificate of Compulsory Arbitration, Acceptance of Service by Defendant Pacific Western Bank and Declaration of Service on Defendant All Trans.  Pursuant to LRCiv 3.6(b), counsel for All Trans hereby verifies that the attached documents are true and correct copies of all pleadings and other documents that have been filed in the State Action as of August 14, 2014.

## VIII.   NO ADMISSION OF FACT, LAW, OR LIABILITY, AND RESERVATION OF DEFENSES

19.    No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved.

Dated:  August 14, 2014                    **PERKINS COIE LLP**


                                          By: s/ Barry G. Stratford
                                               Brian C. Lake
                                               Barry G. Stratford
                                               2901 North Central Avenue, Suite 2000
                                               Phoenix, Arizona  85012-2788

                                          *Attorneys for Defendant All Trans Financial*
                                          *Services Credit Union Limited*

114352-0001/LEGAL122940531.2                    -5-

**CERTIFICATE OF SERVICE**

☒    I hereby certify that on August 14, 2014, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing.

☒    I hereby certify that upon a judicial assignment I will serve the attached document upon the assigned judge at the United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

<u>s/ S. Neilson</u>