Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *ps@strojnik.com*
Attorney for Plaintiff

DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Reward Card Solutions, LLC,, <br><br> Plaintiff, <br><br> vs. <br><br> 1st California Bank aka Pacific Western Bank aka Pacwest Bancorp, a California banking institution; All Trans Financial Services Credit Union, Ltd, an Ontario, Canada banking institution; ABC Defendants I-X, <br><br> Defendant. | No. **CV-14-1805-PHX-DJH** <br><br> PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

1. Plaintiff is a nongovernmental limited liability company.

2. Plaintiff is organized under the laws of the State of Nevada domiciled in the State of Arizona.

3. Plaintiff has no parent corporation.

4. A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 26TH day of August, 2014.

STROJNIK, P.C.

/s/

_____
By: Peter Strojnik
Attorney for Plaintiff

Copy of the foregoing electronically submitted this 26th day of August, 2014 and electronically distributed to the parties.

/s/