| | |
|---|---|
| 1 | Brian C. Lake (#020543) |
| 2 | Barry G. Stratford (#029923) |
|   | PERKINS COIE LLP |
| 3 | 2901 North Central Avenue, Suite 2000 |
|   | Phoenix, Arizona  85012-2788 |
| 4 | Telephone:  602.351.8000 |
| 5 | Facsimile:  602.648.7000 |
|   | BLake@perkinscoie.com |
| 6 | BStratford@perkinscoie.com |
| 7 | DocketPHX@perkinscoie.com |

*Attorneys for Defendant All Trans Financial Services Credit Union Limited*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Reward Card Solutions, LLC, | No. CV-14-01805-PHX-DJH |
| Plaintiff, | **DEFENDANT ALL TRANS FINANCIAL SERVICES CREDIT UNION LIMITED'S JOINDER IN 1st CALIFORNIA BANK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| 1st California Bank aka Pacific Westgern Bank aka Pacwest Bancorp, a California banking institution; All Trans Financial Services Credit Union, Ltd, an Ontario, Canada banking institution; ABC Defendants I-X, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant All Trans Financial Services Credit Union Limited ("All Trans") hereby joins in the Motion To Dismiss Plaintiff's Complaint ("12(b)(6) Motion") filed by Defendant 1st California Bank aka Pacific Western Bank aka Pacwest Bancorp ("1st California").

By this Joinder, All Trans does not waive its jurisdictional defenses as asserted in its own motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), but additionally

1 incorporates by reference all of the evidence and arguments set forth in or submitted with
2 the 12(b)(6) Motion as if set forth in full herein.  This Joinder is appropriate because any
3 relief afforded to 1st California should also be afforded to All Trans as any ruling by the
4 Court in 1st California's favor on the 12(b)(6) Motion dismissing some or all of the claims
5 would apply equally as to All Trans.  If, for any reason 1st California withdraws its
6 12(b)(6) Motion, All Trans reserves the right to provide additional briefing and/or oral
7 argument as is necessary.

September 19, 2014                    **PERKINS COIE LLP**

By: s/ Barry G. Stratford
    Brian C. Lake
    Barry G. Stratford
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona  85012-2788

*Attorneys for Defendant All Trans Financial Services Credit Union Limited*

1 **CERTIFICATE OF SERVICE**

2 ☒   I hereby certify that on September 19, 2014, I electronically transmitted the

3 attached documents to the Clerk's Office using the CM/ECF System for filing and to the

4 following ECF registrants:

5   Peter Strojnik:  ps@strojnik.com

6   Michael Finnegan:  mfinnegan@pillsburylaw.com

7

8       s/ Janet Roe

LEGAL123538876.1