1  Michael J. Finnegan  #137409 *[Pro Hac Vice]*
   PILLSBURY WINTHROP SHAW PITTMAN LLP
2  725 South Figueroa Street, Suite 2800
   Los Angeles, CA  90017-5406
3  Telephone: (213) 488-7100
   Facsimile No.: (213) 629-1033
4  Email:  mfinnegan@pillsburylaw.com

5  Attorneys for Defendant, 1st California Bank
   aka Pacific Western Bank aka PacWest Bancorp
6

7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF ARIZONA

10

11  _____
                                    )
12  Reward Card Solutions, LLC,,     )    No. 2:14-cv-01805-DJH
                                    )
13                    Plaintiff,     )    1ST CALIFORNIA BANK'S
                                    )    CORPORATE DISCLOSURE
14         vs.                       )    STATEMENT
                                    )
15  1st California Bank aka Pacific Western )
16  Bank aka Pacwest Bancorp, a California )
    banking institution; All Trans Financial )
17  Services Credit Union, Ltd, an Ontario, )
    Canada banking institution; ABC     )
18  Defendants I-X,                   )
                                    )
19                    Defendant.     )
20  _____)

21       This Corporate Disclosure Statement is filed on behalf of 1st California Bank

22  aka Western Bank aka PacWest Bancorp in compliance with the provisions of:

23       _X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental

24            corporate party to an action in a district court must file a statement that

25            identifies any parent corporation and any publicly  held corporation

26            that owns 10% or more of its stock or states that there is no such

27            corporation.

28

_X__  Rule 12.4(a)(1 ), Federal Rule of Criminal Procedure, any
nongovernmental corporate party to a proceeding in a district court
must file a statement that identifies any parent corporation and any
publicly held corporation that owns 10% or more of its stock or states
that there is no such corporation.

____  Rule 12.4(a)(2),  Federal Rule of Criminal Procedure, if an
organizational victim of alleged criminal activity is a corporation the
government must file a statement identifying the victim and the
statement must also disclose the information required by
Rule 12.4(a)(1).

The filing party hereby declares as follows:

____  No such corporation.

_X__  Party is a parent, subsidiary or other affiliate of a publicly owned
corporation as follows:  The named defendant is First California
Bank ("FCB").  The parent of FCB *was* formerly First California
Financial Group ("FCFG").  On May 31, 2013 FCFG was merged
with and into PacWest Bancorp.  On the same day, FCB was
merged with and into Pacific Western Bank.  So the named
defendant was merged into Pacific Western Bank, which is a
wholly owned subsidiary of PacWest Bancorp.

____  Publicly held corporation, not a party to the case, with a financial
interest in the outcome.

____  Other (please explain)

1    A supplemental disclosure statement will be filed upon any change in the

2    information provided herein.

3

4    Dated:  November 3, 2014.

                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
5                                   MICHAEL J. FINNEGAN
                                    725 South Figueroa Street, Suite 2800
6                                   Los Angeles, CA  90017-5406

7

8                      By _____/s/ Michael J. Finnegan_____
                                    Michael J. Finnegan
9                                   Attorneys for Defendant
                                    1st California Bank aka Pacific
10                                  Western Bank aka PacWest Bancorp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on the 4th day of November, 2014, I caused to be

3 electronically filed the foregoing with the Clerk of the Court using the CM/ECF

4 system which will send notification of such filing to all attorneys registered to

5 receive NEF's in this case.

6

7

8                                          */s/ Michael J. Finnegan*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28