1  Peter Strojnik, 6464
2  **STROJNIK, P.C.**
   2415 East Camelback Road, Suite 700
3  Phoenix, Arizona 85016
4  Telephone: 602-524-6602
   Facsimile: 602-296-0135
5  E-mail: *ps@strojnik.com*
6  Attorney for Plaintiff

7                    IN THE UNITED STATES DISTRICT COURT
8                        FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| REWARD CARD SOLUTIONS, LLC,, | No. CV-14-1805-PHX-DJH |
| Plaintiff, | **STIPULATED REQUEST FOR EXTENSION OF BRIEFING SCHEDULE RE: ALL TRANS AND 1ST CALIFORNIA'S MOTIONS TO DISMISS** |
| vs. | |
| 1st CALIFORNIA BANK aka PACIFIC WESTGERN BANK aka PACWEST BANCORP, a California banking institution; ALL TRANS FINANCIAL SERVICES CREDIT UNION, LTD, an Ontario, Canada banking institution; ABC Defendants I-X, | **(Third Request)** |
| Defendants. | |

Plaintiff is engaged in collateral settlement discussions that may resolve the current case. Therefore, the Parties stipulate and request that Plaintiff's time to file its Responses in Opposition to (1) Defendant All Trans Financial Services Credit Union Limited's Motion To Dismiss For Lack Of Personal Jurisdiction And Memorandum In Support filed on August 21, 2014 (Doc 9), (2) Defendant 1st California Bank's

Motion to Dismiss Plaintiff's Complaint filed on September 11, 2014 (Doc 15); and (3) Defendant All Trans Financial Services Credit Union Limited' Joinder in 1st California Bank's Motion to Dismiss Plaintiff's Complaint filed on September 19, 2014 (Doc 16) be extended from the current due date of November 27, 2014 to December 9, 2014. The Parties further stipulate and request that Defendants' Reply Briefs shall be due on or before December 31, 2014.

RESPECTFULLY SUBMITTED this 26th day of November, 2014.

**STROJNIK, P.C.**

/s/
_____
By: Peter Strojnik
Attorney for Plaintiff

**PERKINS COIE LLP**

/s/ (by consent)
_____
By: Brian C. Lake (#020543)
Attorney for All Trans

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

/s/ (by consent)
_____
By: Michael J. Finnegan, Esq.
Attorneys for Defendant
1st California Bank aka
Pacific Western Bank aka
Pacwest Bancorp