# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reward Card Solutions LLC, | No. CV-14-01805-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| 1st California Bank, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulated Request for Extension of Briefing Schedule Re: All Trans and 1st California's Motions to Dismiss (Doc. 23),

IT IS ORDERED extending the deadline for Plaintiff to respond to the pending motions to dismiss to **December 9, 2014**.

IT IS FURTHER ORDERED that any replies by Defendants are due on or before **December 31, 2014**.

IT IS FINALLY ORDERED no further extensions of the briefing schedule will be granted.

Dated this 3rd day of December, 2014.

Honorable Diane J. Humetewa
United States District Judge