1
2
3  Peter Strojnik, 6464
4  **STROJNIK, P.C.**
   2415 East Camelback Road, Suite 700
5  Phoenix, Arizona 85016
   Telephone: 602-524-6602
6  Facsimile: 602-296-0135
7  E-mail: *ps@strojnik.com*
   Attorney for Plaintiff
8

9              IN THE UNITED STATES DISTRICT COURT
10                 FOR THE DISTRICT OF ARIZONA
11
   REWARD CARD SOLUTIONS,       )
12 LLC,,                         )   No. CV-14-1805-PHX-DJH
13                               )
                     Plaintiff,  )   **NOTICE OF VOLUNTARY**
14                               )   **DISMISSAL PURSUANT TO**
15      vs.                      )   **Fed. R. Civ. P. 41(a)(1)**
                                 )
16 1st CALIFORNIA BANK aka       )
17 PACIFIC WESTGERN BANK aka     )
   PACWEST BANCORP, a California )
18 banking institution; ALL TRANS)
19 FINANCIAL SERVICES CREDIT     )
   UNION, LTD, an Ontario, Canada)
20 banking institution; ABC Defendants I-)
21 X,                            )
                                 )
22                   Defendants. )
23
24
25
26
27
28

Please take notice that Plaintiff voluntarily dismissed the above cause as to all Defendants.

RESPECTFULLY SUBMITTED this 8TH day of December, 2014.

        **STROJNIK, P.C.**

        _____
        By: Peter Strojnik
        Attorney for Plaintiff

Filed electronically.

/s/